U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

NOV 21 2005

FILED

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Steven A. Swan

v. Civil No. 05-cv-401-JD

Paul J. Barbadoro, Celeste A. Quimby,
William E. Morse, James W. Chapman, Jr.,
and Tom Coluntuono

**ORDER OF RECUSAL**

I hereby recuse myself from this case.

**SO ORDERED.**

November 18, 2005

Steven J. McAuliffe
Chief Judge

November 21, 2005

Joseph A. DiClerico, Jr.
United States District Judge

November 18, 2005

Paul Barbadoro
United States District Judge

November 18, 2005

James R. Muirhead
United States Magistrate Judge

cc: Steven A. Swan, *pro se*
Clerk, USDC, Rhode Island

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

NOV 18 2005

FILED

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Steven A. Swan
Plaintiff

v. Civil No. 05-cv-401-JD

Paul J. Barbadoro, Celeste A. Quimby,
William E. Morse, James W. Chapman, Jr.,
and Tom Coluntuono
Defendants

**TRANSFER ORDER**

All of the judges in this District are recused from presiding over this case. Accordingly, the case shall be transferred to the District of Rhode Island.

**SO ORDERED.**

Steven J. McAuliffe
Chief Judge

November 18, 2005

cc: Steven A. Swan, *pro se*
Clerk, USDC, Rhode Island

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

NOV 18 2005

FILED

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Steven A. Swan

v. Case No. 05-cv-401-JD

Paul J. Barbadoro, Celeste A. Quimby, William E. Morse, James W. Chapman, Jr., and Tom Coluntuono

**O R D E R**

All of the judges in this district were recused from presiding over this case. Accordingly, the case was transferred to the District of Rhode Island.

The recusal of all of the judges on this court gives rise to an "emergency" with respect to the transferred case as that term is used in 28 U.S.C. § 636(f). I therefore concur in the assignment of a Magistrate Judge from the transferee district to perform the duties specified in 28 U.S.C. § 636(a)-(c).

**SO ORDERED.**

Steven J. McAuliffe
Chief Judge

November 18, 2005

cc: Steven A. Swan, *pro se*
Clerk, USDC, Rhode Island

**Concurring Order**

I concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge ____________ is assigned to perform such duties under 28 U.S.C. § 636(a)-(c) as may be assigned to him by the District Judge to whom this case is assigned.

______________________________
Chief Judge, Assignee District

Date: ________________________

cc: Steven A. Swan, *pro se*
Clerk, USDC, Rhode Island

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2005 NOV 16 A 10:29

November 11, 2005

Clerk, U.S. District Court
55 Pleasant Street, Room 110
Concord, NH 03301

RE: Plan for Assignment of Counsel Pursuant to 18 U.S.C. § 3006A

Dear Clerk of Court:

18 U.S.C. § 3006A states in relevant part that each United States District Court shall place in operation throughout the district a plan for furnishing representation for any person financially unable to obtain adequate representation in accordance with this section. I assume that such a plan would also include provisions regarding court-appointed standby counsel.

Please provide me with a copy of the plan for this district to include any references to court-appointed standby counsel. Thank you.

Sincerely yours,

Steven A. Swan

Steven A. Swan
00259-049 Camp
Federal Medical Center, Devens
P.O. Box 879
Ayer, MA 01432

P.S. If possible, would you please send me a copy of the Standards for Professional Conduct as adopted by this court, as well as any Standards of Judicial Conduct which this court may have adopted? Thank you.

**U.S. DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

## IMPORTANT NOTICE

## ATTORNEYS REQUIRED TO FILE ELECTRONICALLY

Unless specifically exempted, all documents submitted by members of the bar of this district, as well by attorneys admitted pro hac vice, shall be filed in accordance with the district's Administrative Procedures for Electronic Case Filing ("ECF"). For attorneys, that means that while some limited documents will still be filed in paper format, the vast majority of all future pleadings must be submitted electronically using the court's Electronic Case Filing (ECF) system (including cases involving pro se parties). Pro se litigants, however, are not required to file electronically and may continue to file documents in paper format.

Section 6.1 of the Administrative Procedures for ECF requires that attorneys appearing in an ECF case must obtain a login and password for the ECF system by submitting an ECF Registration Form. If an attorney is already registered in this district, please do not register again as your login and password may be used in all cases in which you are counsel of record. The ECF Registration Form is available on the court's web page.

For more information on CM/ECF visit the court's website at www.nhd.uscourts.gov. CM/ECF will provide updated and enhanced case management tools, the capability to store court documents in electronic format and the ability to accept electronic filings.

**NOTICE TO PLAINTIFF: You are instructed to serve a copy of this notice on all parties in this case along with the complaint.**

JAMES R. STARR
Clerk