JDrecused, JMrecused, PBrecused, RI-OUT, SMrecused

# U.S. District Court
# District of New Hampshire (Concord)
# CIVIL DOCKET FOR CASE #: 1:05-cv-00401-ECT

Swan v. Barbadoro et al
Assigned to: Chief Judge Ernest C. Torres
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 11/14/2005
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Steven A. Swan**

represented by **Steven A. Swan**
00259-049 Camp
Federal Medical Center - Devens
P.O. Box 879
Ayer, MA 01432
PRO SE

V.

**Defendant**

**Paul J. Barbadoro**
*US District Court, New Hampshire, Judge*

**Defendant**

**Celeste A. Quimby**
*US District Court, New Hampshire, Court Reporter*

**Defendant**

**William E. Morse**
*Assistant US Attorney, District of New Hampshire*

**Defendant**

**James W. Chapman, Jr.**
*US Department of Justice, Trial Attorney*

**Defendant**

**Tom Coluntuono**
*US Attorney, District of New Hampshire*

**Defendant**

**Unspecified Defendants**
*An unknown appellate motions judge for the First Circuit Court of Appeals*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 11/14/2005 | 1 | COMPLAINT against Paul J. Barbadoro, Celeste A. Quimby, William E. Morse, James W. Chapman, Jr, Tom Coluntuono, Unspecified Defendants ( Filing fee $ 250 receipt number 028059) filed by Steven A. Swan. (Attachments:, # 1 Attch 1. Proposed Summonses)(cms, ) (Entered: 11/18/2005) |
| 11/16/2005 | 3 | MOTION to Appoint Counsel filed by Steven A. Swan. Follow up on Objection on 12/6/2005 (cms, ) (Entered: 11/18/2005) |
| 11/18/2005 | 2 | NOTICE. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. (cms, ) (Entered: 11/18/2005) |
| 11/18/2005 | | Filing Fee Fee paid: $ 250 (Check), receipt number 028059 by Steven A. Swan re: 1 Complaint. (cms, ) (Entered: 11/18/2005) |
| 11/18/2005 | 4 | **ORDER. All of the judges are recused, case transferred to District of Rhode Island. Concurring Order sent. Miscellaneous Deadline set for 12/8/2005. Signed by Judge Steven J. McAuliffe. (dae, )** (Entered: 11/23/2005) |
| 11/18/2005 | 5 | **TRANSFER ORDER - case transferred to Rhode Island. Signed by Judge Steven J. McAuliffe. (dae, )** (Entered: 11/23/2005) |
| 11/21/2005 | 6 | **ORDER OF RECUSAL of all judges. Signed by Judge Joseph A. DiClerico, Jr, Steven McAuliffe, Paul Barbadoro and James R. Muirhead. (dae, )** (Entered: 11/23/2005) |
| 11/21/2005 | | Case REFERRED to District of Rhode Island. Case reassigned to Ernest C. Torres. Copies of recusal/referral order and docket sheet sent. (dae, ) (Entered: 11/23/2005) |
| 11/23/2005 | 7 | **PROCEDURAL ORDER. Due to recusal of NH judges, case referred to Rhode Island. Original filings shall continue in NH with copies to Rhode Island. Both District Court numbers must appear on all pleadings. Signed by Clerk, James R. Starr. (dae, )** (Entered: 11/23/2005) |

CERTIFIED COPY
JAMES R. STARR, CLERK
BY: Proulx
DEPUTY CLERK
DISTRICT OF NEW HAMPSHIRE