**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

STEVEN A. SWAN,
Plaintiffs

v.

RI C.A. No. 05-491T
NH C.A. No. 05-401ECT

PAUL J. BARBADORO,
ET AL.,
Defendants

**SHOW CAUSE ORDER**

On or before **February 15th, 2006**, the plaintiff, Steven Swan, is hereby ordered to show cause, in writing, why the case should not be dismissed for lack of prosecution, namely for failure to serve the named defendants with the complaint in this matter. Failure to comply will result in dismissal of the case.

By Order,

[signature]
Deputy Clerk

ENTER:

[signature]
Ernest C. Torres
United States District Judge
Date: 1/17/06
FORMS/SHWCAUS2.ORD