U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2006 JAN 23 A 11: 1

January 18, 2006

Clerk of Court
U.S. District Court
55 Pleasant Street, Room 110
Concord, NH 03301

RE: Steven A. Swan v. Paul Barbadoro, et al, 05-cv-401-ECT

Dear Clerk of Court:

I am the pro se plaintiff in the above-cited case. On November 10, 2005, I mailed the original Complaint and Summonses to your office. In an Order dated November 23, 2005, I was informed by your office that the case had been referred to the District of Rhode Island for consideration by a Rhode Island judicial officer, sitting by designation, due to the recusal of the New Hampshire judges. That was the last information I received regarding the status of this case.

Please inform me of the status of the case and whether or not I might have overlooked some procedural step which might be delaying it. Thank you.

Sincerely yours,

Steven A. Swan

Steven A. Swan, pro se
00259-049 Camp
Federal Medical Center, Devens
P.O. Box 879
Ayer, MA 01432