UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STEVEN A. SWAN, Plaintiff<br><br>v.<br><br>PAUL J. BARBADORO, ET AL., Defendants | RI C.A. No. 05-491T<br>NH C.A. No. 05-401ECT |

PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

I, Steven A. Swan, the incarcerated plaintiff in this action proceeding pro se, hereby move this Court for an extension of time to file an objection to the Report and Recommendation of Senior U.S. Magistrate Judge Hagopian. I am also moving this Court for a copy of the Local Rules of this Court.

1. On April 4, 2006, Senior U.S. Magistrate Judge Jacob Hagopian issued a Report and Recommendation regarding a Show Cause Order issued by Chief U.S. District Judge Ernest C. Torres on January 17, 2006. The Report and Recommendation informed me that any objection I wished to make to it must be filed within ten (10) days of the date of its receipt by me.
2. While preparing my objection to the Report and Recommendation, I received an order on April 10, 2006 issued by Chief Judge Torres stating that "[h]enceforth, this case shall be governed by the Local Rules of the District of Rhode Island." However, I do not have a copy of the Local Rules of the District of Rhode Island and because I am incarcerated, it will take me some time

to procure a copy and to review the rules.

WHEREFORE, I respectfully request that this Court--

A. Order the clerk of this Court to provide me with a copy of the Local Rules or inform me what I need to do in order to procure a copy;

B. Grant me an extension of time to procure a copy of the Local Rules and review them and then file an objection to the Senior Magistrate Judge's Report and Recommendation; and

C. Provide such other and further refief as is authorized by law or equity.

I do not know if a memorandum of law is required to be filed with motions in this Court because I do not have a copy of the Local Rules.

I have not served a copy of this motion on each of the defendants in this case because the clerk has never signed and sealed the summonses for me to serve upon them and none of them ever responded to the Notice of Lawsuit and Request for Waiver of Service of Summons which I did serve on them. Thus, no attorneys have filed any Appearance forms on their behalf in this case.

Dated: April 10, 2006

Respectfully submitted,

Steven A. Swan

Steven A. Swan, pro se
00259-049 Camp
Federal Medical Center, Devens
P.O. Box 879
Ayer, MA 01432